14983

RUTLEDGE v. SMALL ET AL.
SOWELL v. SAME

(6 S. E. (2d), 260)

April, 1939.

258

260

*Messrs. Gregory & Gregory,* for appellants, ▮

*Messrs. Hart & Moss* and *Williams & Stewart,* for respondents,

December 13, 1939.

The opinion of the Court was delivered by MR. CHIEF JUSTICE STABLER.

In each of these cases the appeal is from an order of Judge Sease overruling demurrers to the amended complaint. The several questions raised by the exceptions were fully considered by the Court below, and we think, for the reasons stated in the Circuit decree, were properly disposed of.

The order, therefore, which will be reported, is affirmed.

MESSRS. JUSTICES CARTER, BONHAM, BAKER and FISHBURNE concur.